**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RICHARD W. DEOTTE, ET AL.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00712-O** |
| | § | |
| **ROBERT F. KENNEDY, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is Defendant's Unopposed Motion for Extension of Time to Respond (ECF No. 5). Having reviewed the Motion, and noting it is unopposed, the Court finds good cause for the Motion to be **GRANTED**.

Accordingly, it is **ORDERED** that Defendants' deadline to file a response is extended to **September 1, 2026**.

**SO ORDERED** on this **24th day** of **August 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE