**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RICHARD W. DEOTTE, ET AL.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00712-O** |
| | § | |
| **ROBERT F. KENNEDY, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is Defendant's Unopposed Motion to Stay Proceedings (ECF No. 9). The Court, having considered the Motion, hereby finds that the Motion should be and is hereby **GRANTED**. The Court **ORDERS** that this case is **STAYED** pending a final resolution of the appeals process in *Pennsylvania v. President of the United States of America*, No. 25-2575 (3d Cir.). The Court **FURTHER ORDERS** the Parties to file a joint status report to the Court within 7 days of the issuance of the opinion and order of *Pennsylvania v. President of the United States of America*. The clerk shall administratively close this case for statistical purposes.

**SO ORDERED** this **September 30, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE